TG

RECEIVED

JAN 17 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America ex rel.

GEORGE TOLBERT #B-13301
PETITIONER

vs.

MARY JANE THEIS, JUDGE
Respondent, and

ATTORNEY GENERAL OF THE STATE OF ILLINOIS
(State where judgment entered)

12CV351
JUDGE MANNING
MAGISTRATE MASON

Case Number of State Court Conviction

9020537

PETITION FOR WRIT OF HABEAS CORPUS-PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: SECOND MUNICIPAL DISTRICT-COOK COUNTY, COURTROOM G, SKOKIE, IL.

2. Date of judgment of conviction: April 17th 1991 sentence date.

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known) Petitioner George Tolbert originally had a Two Thousand Dollar Bond, on the above case and received an I-Bond at the 18th District Police Station same day of arrest on October 25, 1990 original charge unknown.

4. Sentence(s) imposed: Four years I.D.O.C.

5. What was your plea? (Check one) (A) Not guilty (x)

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details: N/A

PART I - TRIAL AND DIRECT REVIEW

1. kind of trial: (Check one): Judge only (x)

2. Did you testify at trial? Yes (x)

3. Did you appeal from the conviction or the sentence imposed? No (x)

(A) If you appealed, give the

(1) Name of court: N/A

(2) Result: N/A

(3) Date of ruling: N/A

(4) Issues raised: N/A

(B) If you did not appeal, explain briefly why not: Petitioner Tolbert had a paid Attorney at that time. Tolbert told that paid attorney but never seen any answers back, Appellate court never contacted Tolbert.

4. Did you appeal, or seek leave to appeal, to the highest state court? NO (x)

(A) If yes, give the

(1) Result: N/A

(2) Date of ruling: N/A

(3) Issues raised: N/A

(B) If no, why not Tolbert found out his private attorney never appealed the conviction.

5. Did you petition the United States Supreme Court for a writ of certiorari? No (x)

If yes, give(A)date of petition: N/A (B)date certiorari was denied: N/A

PART II - COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court? No (x)

   With respect to each post-conviction petition give the following information(use additional sheets if necessary):

   A. Name of court: N/A

   B. Date of filing: N/A

   C. Issues raised: N/A

   D. Did you received an evidentiary hearing on your petition? No (x)

   E. What was the court's ruling? N/A

   F. Date of court's ruling: N/A

   G. Did you appeal from the ruling on your petition? No (x)

   H. (a) If yes, (1) what was the result? N/A

   (2) date of decision: N/A

   (b) If no, explain briefly why not: N/A

   I. Did you appeal, or seek leave to appeal this dicision to the highest State court? No (x)

   (a) If yes, (1) what was the result? N/A

   (2) date of decision: N/A

   (b) If no, explain briefly why not: N/A

2. With respect to this conviction or sentence, have you filed a petition in a state court using any other form of post-conviction procedure, such as coram nobis or habeas corpus? No (x)

A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

1. Nature of proceeding N/A

2. Date petition filed N/A

3. Ruling on petition N/A

4. Date of ruling N/A

5. If you appealed, what was the ruling on appeal? N/A

6. Date of ruling on appeal N/A

7. If there was a further appeal what was the ruling N/A

8. Date of ruling on appeal N/A

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in federal court? No (x)

A. If yes, give name of court, case title and case number: N/A

B. Did the court rule on your petition? If so, state
(1) Ruling: N/A
(2) Date: N/A

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition? No (x)

If yes, explain: N/A

PART III- PETTONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.

(A) Ground one: George Tolbert states that he was arrested on October 25, 1990 at the 18th District Police Station, Chicago and LaSalle Street in Chicago, IL., where as Tolbert was briefly held at police station and given a Two Thousand-Dollar Bond, I-Bond and released and was told by the officer Tolbert's first court date will be in Second Municipal Court District of Cook County, Skokie, IL. Tolbert never knew what he was charged with. Tolbert went and hired a private attorney on the same day of Tolbert's release on I-Bond where as the attorney seen Tolbert's I-Bond slip and asked Tolbert what was he charged with? Tolbert responded with I don't know. The private attorney stated that Tolbert's charge could not be bad because you just left police station after a couple of hours with an I-Bond. The attorney told Tolbert that " my fee will be the same as Tolbert's I-Bond Two thousand Dollars for the case, and I will be in court for you in Skokie. Tolbert got arrested on the north side of Chicago, Ohio and Grand Street the Tokyo Hotel. Tolbert would pay this attorney what he asked for and Tolbert was going to court from the street.where as Tolbert never missed not one court appearance, although, Judge Mary Jane Theis was absent from court, the state's attorney was absent from court and Tolbert's paid attorney did not show. Judge Mary Jane Theis held every inappropriate conduct of Tolbert's attorney against Tolbert by Judge Theis stating that "Tolbert's attorney's mistake is Tolbert's mistake. ( Court will have to get copy of transcript this case is 21 years old and Tolbert cannot remember exact details) The Judge, the State's Attorney and Tolbert's private attorney often asked Tolbert in open court what are you charged with? Judge Mary Jane Theis stated in open court that you Tolbert can't be charged with anything serious because you Tolbert got an I-Bond after a few hours at the police station.

(B) GROUND TWO: PETITIONER TOLBERT'S CASE WAS UPGRADED TO A FELONY - NEVER HAD A PRELIMINARY HEARING EXAMINATION, OR INDICTMENT.

Petitioner Tolbert stated above that after his release from the 18th District police station on Chicago and LaSalle. Tolbert's first court date was Skokie courthouse, although Tolbert arrest was on the north side of Chicago. Tolbert's private attorney(Tolbert cannot remember the name of this attorney, he was not a member of the ABA or IL. Bar Assoc. transcripts will reveal his name) would often come to court late or would not come to court at all. Judge Mary Jane Theis stated to Tolbert in open court that if Tolbert's attorney did not show on the next court date that Judge would hold tolbert's attorney in contempt of court and the attorney would be arrested. On Tolbert's next court date Tolbert's private attorney was very late again and Judge stated that she would take Tolbert into custody for Tolbert's private attorney being in contempt because Tolbert's attorney's mistake is Tolbert's mistake. Tolbert spent two months in custody where as charges was upgraded to a residential burglary and Tolbert was taken to a bench trial and found guilty without preparing a defense strategy or Tolbert's allege private attorney giving him a visit. Tolbert asked this attorney to appeal this conviction and sentence but never heard anything about that case. Tolbert never saw a Chief Judge.

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction? NO (x)

3. If ou answered "NO" to (2), state briefly what grounds were not so presented and why not: Petitioner Tolbert assumed his alleg private attorney appealed case.

PART IV - REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing Petitioner Tolbert had no prelinary hearing or indictment- for this case.

(B) At arraignment and plea Petitioner Tolbert had no arraignment for this case.

(C) At trial (private attorney)

(D) At sentencing (private attorney)

(E) On appeal Attorney did not appeal

(F) In any post-conviction proceeding N/A

(G) Other N/A

PART V - FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction? NO (X)

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: JANUARY 9th 2012

George Tolbert, Pro Se
Signature of attorney

I declare under penalty of perjury that the foregoing is true and correct.

George Tolbert
(Signature of petitioner)

2010-0204105
( I.D. Number)

P.O. Box 089002. CHGO IL. 60608
(Address)

CERTIFICATE OF SERVICE

I, GEORGE TOLBERT, SWEAR UNDER THE PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENTS ON CLERK OF THE U.S. DISCTRICT COURT, 219 SOUTH DEARBORN STREET CHICAGO, IL., BY PLACING IT IN THE MAIL AT THE COOK COUNTY DEPARTMENT OF CORRECTION ON JANUARY 10th 2012.

George Tolbert